# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    v.

**JERI LYNN STRATTON,**

    **Defendant.**

**Case No. 06-5240M**
**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION**

**THIS MATTER** comes on for hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision under her Appearance Bond. Specifically it is alleged that (1) defendant used Cocaine on or about December 26, 2006; (2) defendant failed to call the telephone scheduling system as directed by Pretrial Services on January 3, 4, and 5, 2007; and (3) defendant failed to submit to body substance tests as directed by Pretrial services on January 3 and January 5, 2007.

The plaintiff appears through Assistant United States Attorney, Janet Freeman;
The defendant appears personally and represented by counsel; Linda Sullivan;

The defendant has been advised of the allegations and maximum potential sanction if found to be in violation. The court schedules an evidentiary hearing on the Petition filed by Pretrial Services at the date and time set forth below:

    Date:    January 12, 2007

    Time:    11:00 a.m.

( ) Defendant is released pending the above scheduled hearing.

( x ) Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.   .

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

    January 8, 2007.

    */s/ J. Kelley Arnold*
    **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1